**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**In re Tyco International, Ltd.**</u>
<u>**Multidistrict Litigation**</u> **(MDL 1335)**     CASE NO. 02-md-1335-B

<u>Tyco v. Frank E. Walsh, Jr.</u>       Civil No. 03-1341-PB
<u>Tyco v. L. Dennis Kozlowski</u>      Civil No. 03-1343-PB
<u>Tyco v. Mark H. Swartz</u>           Civil No. 03-1350-PB

<u>**SUGGESTION OF REMAND**</u>

Pretrial proceedings on common matters have been substantially completed in <u>Tyco v. Frank E. Walsh, Jr.</u>, Civil No. 03-1341-PB, <u>Tyco v. L. Dennis Kozlowski</u>, Civil No. 03-1343-PB, and <u>Tyco v. Mark H. Swartz</u>, Civil No. 03-1350-PB.  The parties in these cases are in agreement that they should be remanded to the courts where they were originally filed, and the court has determined that a remand order will best serve the expeditious resolution of these cases.  Accordingly, the court recommends that the Judicial Panel on Multidistrict Litigation remand the above-referenced cases to the courts in which they were originally filed.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 3, 2009

cc:  Counsel of Record